**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE SEMGROUP ENERGY PARTNERS, L.P., SECURITIES LITIGATION | CASE NO. 08-MD-1989-GKF-FHM |

**ORDER GRANTING LEAD PLAINTIFF'S MOTION**
**TO MODIFY THE PSLRA STAY OF DISCOVERY**

Pending before the Court is Lead Plaintiff Harvest Fund Advisors LLC's motion to modify the PSLRA stay of discovery **(Docket No. 27)**. The Court, for good cause shown, finds the motion should be and hereby is GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Lead Plaintiff may seek to obtain the following documents:

1) Copies of all documents produced in connection with the investigations conducted by the Examiner, the Debtor, the SEC, the U.S. Attorney's Office, the Creditors Committee and the Producers Committee, including, but not limited to, all electronic data and documents gathered and produced during the course of the investigations in response to document requests, Notices of Deposition *duces tecum*, Rule 2004 Examinations or pursuant to stipulation or other voluntary means of production.; and

2) Copies of transcripts of Rule 2004 Examinations or depositions of SemGroup Energy Partners, L.P. executives and Defendant Kivisto that are conducted by the Examiner.

ENTERED this 5th day of February, 2009.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma