**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE SEMGROUP ENERGY PARTNERS, L.P., SECURITIES LITIGATION | CASE NO. 08-MD-1989-GKF-FHM |

**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Pursuant to Rule 7.2 of the Local Civil Rules for the United States District Court for the Northern District of Oklahoma, Lead Plaintiff Harvest Fund Advisors LLC hereby respectfully moves this Court to enter the [Proposed] Order Preliminarily Approving Settlement ("Notice Order") submitted herewith. By entering the Notice Order, the Court will: (a) preliminarily approve the settlement set forth in the Stipulation of Settlement, dated as of May 3, 2011 ("Stipulation"); (b) certify the Class for purposes of settlement; (c) approve the form and manner of giving notice of the settlement to the proposed Class and direct mailing of the Notice of Pendency and Proposed Settlement of Class Action and Proof of Claim and Release Form and publication of the Summary Notice; and (d) schedule a hearing at which the Court will consider final approval of the settlement contained in the Stipulation.

Dated: May 3, 2011

**BARROWAY TOPAZ KESSLER
  MELTZER & CHECK, LLP**

*/s/ Ramzi Abadou*
Ramzi Abadou (*pro hac vice*)
Stacey M. Kaplan (*pro hac vice*)
Erik D. Peterson (*pro hac vice*)
580 California Street, Suite 1750
San Francisco, CA 94104
Tel:   (415) 400-3000
Fax:   (415) 400-3001

-and-

1

Darren J. Check (*pro hac vice*)
Stuart L. Berman (*pro hac vice*)
Michelle M. Newcomer (*pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Tel:     (610) 667-7706
Fax:    (610) 667-7056

*Lead Counsel for Lead Plaintiff and the Class*

**NELSON ROSELIUS TERRY & MORTON**
Douglas A. Terry (Bar Number 15855)
Jason E. Roselius (Bar Number 16721)
Guy R. Wood (Bar Number 15875)
P. O. Box 138800
Oklahoma City, Oklahoma 73113-8800
Tel:     (405) 705.3600
Fax:    (405) 705.2573

*Liaison Counsel for Lead Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of May 2011, I electronically transmitted the foregoing to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF Registrants:

### Electronic Mail Notice List

- **Ramzi Abadou**
rabadou@btkmc.com,knguyen@btkmc.com,shebard@btkmc.com
- **Stacy L Acord**
sacord@mlak-law.com,jwaller@mlak-law.com
- **Naumon A Amjed**
namjed@btkmc.com,ecf_filings@btkmc.com
- **Gabor Balassa**
gabor.balassa@kirkland.com
- **Ari M Berman**
aberman@velaw.com
- **Stuart L Berman**
ecf_filings@btkmc.com
- **Paul Richard Bessette**
bessettep@gtlaw.com,worshamj@gtlaw.com,cisnerosc@gtlaw.com
- **Michael J Biles**
bilesm@gtlaw.com,worshamj@gtlaw.com,bryankat@gtlaw.com
- **Clark Otto Brewster**
Cbrewster@brewsterlaw.com,jcobler@brewsterlaw.com,rcornelius@brewsterlaw.com
- **Nichole T Browning**
nbrowning@btkmc.com
- **William Robert Burns**
bburns@kslaw.com,jkmiec@kslaw.com,scaracio@kslaw.com
- **Gregory M Castaldo**
gcastaldo@btkmc.com,mswift@btkmc.com
- **Gary S Chilton**
gchilton@holladaychilton.com
- **Bruce W Collins**
bcollins@ccsb.com
- **Theodore William Daniel**
tdaniel@fulbright.com,khisel@fulbright.com,mmulvihill@fulbright.com
- **Kimberly Geiler Davis**
daviskg@gtlaw.com,worshamj@gtlaw.com,bryankat@gtlaw.com
- **Karl Glenn Dial**
kdial@fulbright.com,kevans@fulbright.com
- **Frederic Dorwart**
fdorwart@fdlaw.com,vvessels@fdlaw.com

- **Stuart William Emmons**
  swe@federmanlaw.com,ngb@federmanlaw.com,law@federmanlaw.com
- **William Bernard Federman**
  wbf@federmanlaw.com,ngb@federmanlaw.com,law@federmanlaw.com
- **Lisa S Gallerano**
  lgallerano@akingump.com
- **Sean M Handler**
  shandler@btkmc.com,ecf_filings@btkmc.com
- **Orrin Harrison , III**
  oharrison@akingump.com,cvarner@akingump.com,kdunning@akingump.com,cblea@akingump.com
- **William Brad Heckenkemper**
  brad@barrowgrimm.com,t.costa@barrowgrimm.com
- **Don G Holladay**
  dholladay@holladaychilton.com,jwarner@holladaychilton.com,lspencer@holladaychilton.com
- **Mark Byron Jennings**
  MJennings@brewsterlaw.com,rcornelius@brewsterlaw.com
- **James David Jorgenson**
  pf@att.net,djorgenson@att.net
- **Stacey M Kaplan**
  skaplan@btkmc.com
- **Michael Paul Kirschner**
  mike@robertsonwilliams.com
- **Gideon Andrew Lincecum**
  glincecum@holladaychilton.com
- **Heidi J Long**
  hlong@holladaychilton.com
- **Randall Edwin Long**
  rlong@rhodesokla.com,bcalnan@rhodesokla.com
- **Gerald Joseph Lovoi**
  GLovoi@aol.com
- **Edward John Main**
  emain@secresthill.com,tlaignel@secresthill.com
- **Archer Scott McDaniel**
  smcdaniel@mlak-law.com,jwaller@mlak-law.com
- **Daniel Allan McLaughlin**
  dmclaughlin@sidley.com,nyefiling@sidley.com
- **Michelle M Newcomer**
  mnewcomer@btkmc.com,mswift@btkmc.com
- **Sharan Nirmul**
  snirmul@btkmc.com,ecf_filings@btkmc.com
- **Nora Rose O'Neill**
  noneill@fdlaw.com,jalexander@fdlaw.com

- **Ronald L Oran**
roran@velaw.com,cthau@velaw.com,aberman@velaw.com
- **Lauren Wagner Pederson**
lpederson@btkmc.com,neena.verma@btkmc.com
- **Erik D Peterson**
epeterson@btkmc.com
- **Alfred Robert Pietrzak**
rpietrzak@sidley.com,nyefiling@sidley.com
- **Laurence Lindsay Pinkerton**
pf@att.net,pinknav@aol.com
- **B Warren Pope**
wpope@kslaw.com
- **Mary Quinn-Cooper**
general_delivery@ecslok.com,mcooper@ecslok.com
- **Joshua Z Rabinovitz**
joshua.rabinovitz@kirkland.com,deirdre.oreilly@kirkland.com
- **Carolyn R Raines**
craines@ccsb.com,jmcnatt@ccsb.com
- **Robert Bradley Sartin**
sartin@barrowgrimm.com,dcampbell@barrowgrimm.com
- **James Keith Secrest , II**
jsecrest@secresthill.com,dcrutcher@secresthill.com
- **Michael R Smith**
mrsmith@kslaw.com,blee@kslaw.com,wpope@kslaw.com
- **Owen H Smith**
osmith@sidley.com
- **Douglas Anthony Terry**
terry@nrtlaw.com,docketing@nrtlaw.com,rhendrickson@nrtlaw.com
- **Clifford Louis Thau**
cthau@velaw.com,nvydashenko@velaw.com
- **Douglas Michael Todd**
dmtodd@phillipsmurrah.com,pjbrown@phillipsmurrah.com
- **Colin Hampton Tucker**
chtucker@rhodesokla.com,sadams@rhodesokla.com
- **John H Tucker**
jtuckercourts@rhodesokla.com,gbarber@rhodesokla.com,mhales@rhodesokla.com
- **Neena Verma**
nverma@btkmc.com,mswift@btkmc.com
- **James E Warner**
jwarner@holladaychilton.com
- **Jesse Z Weiss**
weissjz@gtlaw.com,worshamj@gtlaw.com,cisnerosc@gtlaw.com
- **Michael W Youtt**
myoutt@kslaw.com,scaracio@kslaw.com,ibutler@kslaw.com

I further certify that on the 3rd day of May 2011, I served the same document by U.S. Postal service on the following, who are not registered participants of the ECF system:

**Penny P Reid**
Weil Gotshal & Manges
767 5th Ave
New York, NY 10153

**Samuel H Rudman**
**David A Rosenfeld**
Robbins Geller Rudman & Dowd LLP
58 S Service Road Ste 200
Melville, NY 11747

**Laurence D Paskowitz**
Paskowitz & Associates
60 E 42nd Street Floor 46th
New York, NY 10165

**Darren J Robbins**
Robbins Geller Rudman & Dowd LLP
655 N Broadway Ste 1900
San Diego, CA 92101

**Steven J Toll**
**Daniel S Sommers**
**Catherine A Torell**
**Jason M Leviton**
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave NW Ste 500
Washington, DC 20005

**Michael Swick**
**Kim Elaine Miller**
Kahn Gauthier Swick, LLC
12 E 41st Street
12th Floor
New York, NY 10017

**Joseph Weiss**
**Mark D Smilow**
**Moshe Balsam**
Weiss & Lurie
551 Fifth Ave
New York, NY 10176

**Roy L Jacobs**
Roy Jacobs & Associates
60 E 42nd Street Floor 46th
New York, NY 10165

**Robert Craig Finkel**
**Natalie Marie Mackiel**
Wolf Popper LLP
845 3rd Ave
New York, NY 10022

　　　　　　　　　　　　　　　　　*/s/ Ramzi Abadou*
　　　　　　　　　　　　　　　　　Ramzi Abadou